UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                                    CASE NO: 09-02384-3G7 PMG

SANDRA CRENNEL

                                                   Debtor(s).

## APPLICATION OF TRUSTEE FOR COMPENSATION

The application of Gregory K. Crews, brought pursuant to §330 of the Bankruptcy Code, respectfully represents that he is Trustee for the Estate, that the assets of the Debtor(s) have been liquidated, and there came into the hands of the Trustee for distribution the sum of $3,679.01.

In the administration of the Estate, Applicant has performed those services required by a Trustee and deems it reasonably worth $919.75. The statutory allowance is $919.75 and Applicant has not heretofore received any compensation as Trustee.

Applicant has not in any form or guise agreed to share the compensation for services with any person not contributing, or to share in the compensation of any person rendering services in this case to which services Applicant has not contributed (other than a law partner or forwarding attorney at law). He has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this case for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest, or any attorney of any party in interest for services rendered.

Applicant has paid out of his own funds the following expenses properly chargeable to the Estate, none of which have been repaid, and for which he prays reimbursement:

      Copies (See Attached Worksheet)                              $        127.68

      TOTAL                                                         $        127.68

Dated October 6, 2011.

/s/ Gregory K. Crews
Gregory K. Crews, Trustee
Florida Bar No. 172772
8584 Arlington Expressway
Jacksonville, FL 32211
(904) 354-1750

## Expense Worksheet
Period: 01/01/00 - 10/06/11
Trustee: Gregory K. Crews (290900)

| | | | |
|---|---|---|---|
| Case Number: 09-02384-3G7 | Case Name: | CRENNEL, SANDRA LEE | |
| Case Type: Assets | Judge: | Paul M. Glenn | |
| Petition Date: 03/30/09 | 341a Meeting: | 08/07/09  08:30 | |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/16/09 | letter with enclosures | 4.00 | $0.250 | $1.00 |
| 09/02/09 | form 1 | 5.00 | $0.250 | $1.25 |
| 09/03/09 | letter with enclosures | 6.00 | $0.250 | $1.50 |
| 09/03/09 | motion for turnover | 4.00 | $0.250 | $1.00 |
| 09/03/09 | application to employ GKC. | 2.00 | $0.250 | $0.50 |
| 11/04/09 | order on turnover | 2.00 | $0.250 | $0.50 |
| 11/04/09 | email | 1.00 | $0.250 | $0.25 |
| 11/30/09 | copy of check | 1.00 | $0.250 | $0.25 |
| 01/04/10 | copy of check | 1.00 | $0.250 | $0.25 |
| 02/02/10 | copy of check | 1.00 | $0.250 | $0.25 |
| 03/01/10 | copy of check | 1.00 | $0.250 | $0.25 |
| 03/31/10 | copy of check | 1.00 | $0.250 | $0.25 |
| 05/04/10 | copy of check | 1.00 | $0.250 | $0.25 |
| 06/03/10 | copy of check | 1.00 | $0.250 | $0.25 |
| 07/07/10 | copy of check | 1.00 | $0.250 | $0.25 |
| 07/27/11 | Copies of Notice of Private Sale. | 44.00 | $0.250 | $11.00 |
| 07/27/11 | court claims register | 4.00 | $0.250 | $1.00 |
| 07/27/11 | copy of check | 1.00 | $0.250 | $0.25 |
| 07/29/11 | objection to Claim 1 | 3.00 | $0.250 | $0.75 |
| 07/29/11 | objection to claim 5 and 6 | 4.00 | $0.250 | $1.00 |
| 09/30/11 | order on claim 1 | 1.00 | $0.250 | $0.25 |
| 10/05/11 | order on claim 5 and 6 | 1.00 | $0.250 | $0.25 |
| 10/06/11 | notice of final report to creditors. | 210.00 | $0.250 | $52.50 |
| 10/06/11 | postage | 1.00 | $52.680 | $52.68 |

Total for case 09-02384-3G7:     $127.68

Grand Total:     $127.68