# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re: CRENNEL, SANDRA LEE  § Case No. 09-02384-3G7
  §
  §
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 30, 2009.  The undersigned trustee was appointed on July 10, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as   **Exhibit A.**

4. The trustee realized the gross receipts of        $          3,679.01

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1.40 |
| Bank service fees | 54.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 3,622.91 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/05/2009 and the deadline for filing governmental claims was 09/26/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $919.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $919.75, for a total compensation of $919.75.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $127.68, for total expenses of $127.68.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/06/2011       By: /s/Gregory K. Crews
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-02384-3G7  
**Case Name:** CRENNEL, SANDRA LEE  

**Trustee:** (290900) Gregory K. Crews  
**Filed (f) or Converted (c):** 07/10/09 (c)  
**§341(a) Meeting Date:** 08/07/09  

**Period Ending:** 10/06/11  

**Claims Bar Date:** 11/05/09  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Residence: 3 Bedroom, Frame, 2 Car Garage, Locat<br>    Residence: 3 Bedroom, Frame, 2 Car Garage, Location: 7838 Moss Pointe Trail West | 140,000.00 | 0.00 | DA | 0.00 | FA |
| 2 Bank Account: Checking Account (#18644-7)<br>    Bank Account: Checking Account (#18644-7) Location: Seaboard and First Florida Credit Union | 1,000.00 | 175.00 | | 175.00 | FA |
| 3 Furniture: Cafe Table and 3 stools<br>    Furniture: Cafe Table and 3 stools Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 55.00 | 55.00 | | 55.00 | FA |
| 4 Furniture: Sofa and Loveseat<br>    Furniture: Sofa and Loveseat Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 225.00 | 225.00 | | 225.00 | FA |
| 5 Furniture: Coffee Tables (2)<br>    Furniture: Coffee Tables (2) Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 75.00 | 75.00 | | 75.00 | FA |
| 6 Furniture: Bedroom Set - Mattress, Bed and 2 Dre<br>    Furniture: Bedroom Set - Mattress, Bed and 2 Dressers Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 400.00 | 400.00 | | 400.00 | FA |
| 7 Furniture: Daughter's Bedroom Set<br>    Furniture: Daughter's Bedroom Set Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 250.00 | 250.00 | | 250.00 | FA |
| 8 Furniture: Son's Bedroom Set<br>    Furniture: Son's Bedroom Set Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 175.00 | 175.00 | | 175.00 | FA |
| 9 Furniture: Bathroom Vanity and Tub<br>    Furniture: Bathroom Vanity and Tub Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 300.00 | 300.00 | | 300.00 | FA |
| 10 Furniture: Dining Set - Hutch , Table and 6 Chai<br>    Furniture: Dining Set - Hutch , Table and 6 Chairs Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 300.00 | 300.00 | | 300.00 | FA |
| 11 Appliances: Stove, Dish Washer, Refridgerator. (<br>    Appliances: Stove, Dish Washer, Refridgerator. | 200.00 | 200.00 | | 200.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-02384-3G7  
**Case Name:** CRENNEL, SANDRA LEE  

**Trustee:** (290900)   Gregory K. Crews  
**Filed (f) or Converted (c):** 07/10/09 (c)  
**§341(a) Meeting Date:** 08/07/09  

**Period Ending:** 10/06/11  

**Claims Bar Date:** 11/05/09

| 1 <br> Asset Description <br> (Scheduled And Unscheduled (u) Property) <br> Ref. # | 2 <br> Petition/ Unscheduled Values | 3 <br> Estimated Net Value <br> (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 <br> Property Abandoned <br> OA=§554(a) <br> DA=§554(c) | 5 <br> Sale/Funds Received by the Estate | 6 <br> Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| (Purchased in 1999) Location: 7838 Moss Pointe Trail West,, Jacksonville FL | | | | | |
| 12   Audio-Video: 4 Televisions <br>    Audio-Video: 4 Televisions Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 300.00 | 300.00 | | 300.00 | FA |
| 13   Furniture: 3 Lamps <br>    Furniture: 3 Lamps Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 75.00 | 75.00 | | 75.00 | FA |
| 14   Household: Dishes and Silverware <br>    Household: Dishes and Silverware Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 30.00 | 30.00 | | 30.00 | FA |
| 15   Audio-Video: 2 VCR's <br>    Audio-Video: 2 VCR's Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 100.00 | 100.00 | | 100.00 | FA |
| 16   Appliances: Small Flat Freezer <br>    Appliances: Small Flat Freezer Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 50.00 | 50.00 | | 50.00 | FA |
| 17   Books-Music: Cassette Tapes <br>    Books-Music: Cassette Tapes Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 15.00 | 15.00 | | 15.00 | FA |
| 18   Books-Music: Record Player <br>    Books-Music: Record Player Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 20.00 | 20.00 | | 20.00 | FA |
| 19   Clothes <br>    Clothes Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 50.00 | 50.00 | | 50.00 | FA |
| 20   Jewelry: Costume Jewelry <br>    Jewelry: Costume Jewelry Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 110.00 | 110.00 | | 110.00 | FA |
| 21   Jewelry: 3 Gold Necklaces <br>    Jewelry: 3 Gold Necklaces | 175.00 | 175.00 | | 175.00 | FA |
| 22   Musical: Piano (Purchased in 1955) <br>    Musical: Piano (Purchased in 1955) Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 300.00 | 398.00 | | 398.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-02384-3G7  
**Case Name:** CRENNEL, SANDRA LEE  

**Trustee:** (290900) Gregory K. Crews  
**Filed (f) or Converted (c):** 07/10/09 (c)  
**§341(a) Meeting Date:** 08/07/09  

**Period Ending:** 10/06/11  

**Claims Bar Date:** 11/05/09  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | Sports-Hobby: Eliptical Machine<br>    Sports-Hobby: Eliptical Machine Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 200.00 | 200.00 | | 200.00 | FA |
| 24 | Insurance: Term Life Policy<br>    Insurance: Term Life Policy Location: Valley Forge Life Ins. company, P. O. Box 305153, Nashville, Tn 37230-5153 | 0.00 | 0.00 | DA | 0.00 | FA |
| 25 | Retirement: 401(k) - Capital Builder Plan<br>    Retirement: 401(k) - Capital Builder Plan Location: J. P. Morgan Retirement Plan Services,, P.O. Box 219300, Kansas City, Mo. 4121-9300 | 56,671.94 | 0.00 | DA | 0.00 | FA |
| 26 | Loan to Daughter, Shannette Crennel, for Repairs<br>    Loan to Daughter, Shannette Crennel, for Repairs on her Vehicle ($700.00 December 2008, $500.00 January 2009) | 175.00 | 0.00 | DA | 0.00 | FA |
| 27 | REAL PROPERTY<br>    Vested Remainder: Parents' Single Family Home Location: 11 Maryland St. Keyser, W. Va. | 100.00 | Unknown | DA | 0.00 | FA |
| 28 | Auto: 2004 Pontiac Grand Am<br>    Auto: 2004 Pontiac Grand Am Location: 7838 Moss Pointe Trail West,, Jacksonville FL | 3,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 1.01 | FA |
| 29 | Assets  Totals (Excluding unknown values) | **$204,851.94** | **$3,678.00** | | **$3,679.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

   TFR prepared 10/05/11.

**Initial Projected Date Of Final Report (TFR):**   February 15, 2011     **Current Projected Date Of Final Report (TFR):**   October 5, 2011  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-02384-3G7  
**Case Name:** CRENNEL, SANDRA LEE

**Taxpayer ID #:** **-***5866  
**Period Ending:** 10/06/11

**Trustee:** Gregory K. Crews (290900)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** 312-267-90 - Money Market Account  
**Blanket Bond:** $34,142,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/09 |  | Sandra Crennel |  |  | 306.50 |  | 306.50 |
|  | {2} |  | 175.00 | 1129-000 |  |  | 306.50 |
|  | {3} |  | 55.00 | 1129-000 |  |  | 306.50 |
|  | {5} |  | 75.00 | 1129-000 |  |  | 306.50 |
|  | {4} |  | 1.50 | 1129-000 |  |  | 306.50 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.01 |  | 306.51 |
| 01/04/10 |  | Sandra Crennel |  |  | 306.50 |  | 613.01 |
|  | {4} |  | 223.50 | 1129-000 |  |  | 613.01 |
|  | {6} |  | 83.00 | 1129-000 |  |  | 613.01 |
| 01/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.01 |  | 613.02 |
| 01/20/10 |  | Wire out to BNYM account 9200******6665 | Wire out to BNYM account 9200******6665 | 9999-000 | -613.02 |  | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 0.00 | 0.00   $0.00 |
| Less: Bank Transfers | -613.02 | 0.00 |
| **Subtotal** | 613.02 | 0.00 |
| Less: Payments to Debtors |  | 0.00 |
| **NET Receipts / Disbursements** | **$613.02** | **$0.00** |

{} Asset reference(s)

Printed: 10/06/2011 01:43 PM   V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-02384-3G7  
**Case Name:** CRENNEL, SANDRA LEE  
**Taxpayer ID #:** **-***5866  
**Period Ending:** 10/06/11  

**Trustee:** Gregory K. Crews (290900)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******66-65 - Money Market Account  
**Blanket Bond:** $34,142,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312267 | Wire in from JPMorgan Chase Bank, N.A. account 312267 | 9999-000 | 613.02 | | 613.02 |
| 01/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 613.03 |
| 02/02/10 | {6} | Sandra Crennel | | 1129-000 | 306.50 | | 919.53 |
| 02/26/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.05 | | 919.58 |
| 03/01/10 | | Sandra Crennel | | | 306.50 | | 1,226.08 |
| | {6} | | 10.50 | 1129-000 | | | 1,226.08 |
| | {7} | | 250.00 | 1129-000 | | | 1,226.08 |
| | {8} | | 46.00 | 1129-000 | | | 1,226.08 |
| 03/31/10 | | Sandra Crennel | | | 306.50 | | 1,532.58 |
| | {8} | | 129.00 | 1129-000 | | | 1,532.58 |
| | {9} | | 177.50 | 1129-000 | | | 1,532.58 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,532.65 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.09 | | 1,532.74 |
| 05/04/10 | | Sandra Crennel | | | 306.50 | | 1,839.24 |
| | {9} | | 122.50 | 1129-000 | | | 1,839.24 |
| | {10} | | 184.00 | 1129-000 | | | 1,839.24 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,839.34 |
| 06/03/10 | | Sandra Crennel | | | 306.50 | | 2,145.84 |
| | {10} | | 116.00 | 1129-000 | | | 2,145.84 |
| | {11} | | 190.50 | 1129-000 | | | 2,145.84 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.12 | | 2,145.96 |
| 07/07/10 | | Sandra Crennel | | | 306.50 | | 2,452.46 |
| | {11} | | 9.50 | 1129-000 | | | 2,452.46 |
| | {12} | | 297.00 | 1129-000 | | | 2,452.46 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 2,452.60 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 2,452.75 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,452.77 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,452.79 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,452.81 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,452.83 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,452.85 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,452.86 |
| 03/10/11 | 11001 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/10/2011 FOR CASE #09-02384-3G7 | 2300-000 | | 1.40 | 2,451.46 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,451.48 |

Subtotals: $2,452.88    $1.40

{} Asset reference(s)    Printed: 10/06/2011 01:43 PM    V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-02384-3G7 | | Trustee: | Gregory K. Crews (290900) |
|---|---|---|---|---|
| Case Name: | CRENNEL, SANDRA LEE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******66-65 - Money Market Account |
| Taxpayer ID #: | **-***5866 | | Blanket Bond: | $34,142,000.00  (per case limit) |
| Period Ending: | 10/06/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,451.50 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,451.52 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,451.54 |
| 07/27/11 | | Sandra Crennel | | | 1,226.00 | | 3,677.54 |
| | {12} | | 3.00 | 1129-000 | | | 3,677.54 |
| | {13} | | 75.00 | 1129-000 | | | 3,677.54 |
| | {14} | | 30.00 | 1129-000 | | | 3,677.54 |
| | {15} | | 100.00 | 1129-000 | | | 3,677.54 |
| | {16} | | 50.00 | 1129-000 | | | 3,677.54 |
| | {17} | | 15.00 | 1129-000 | | | 3,677.54 |
| | {18} | | 20.00 | 1129-000 | | | 3,677.54 |
| | {19} | | 50.00 | 1129-000 | | | 3,677.54 |
| | {20} | | 110.00 | 1129-000 | | | 3,677.54 |
| | {21} | | 175.00 | 1129-000 | | | 3,677.54 |
| | {22} | | 398.00 | 1129-000 | | | 3,677.54 |
| | {23} | | 200.00 | 1129-000 | | | 3,677.54 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,677.56 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 4.70 | 3,672.86 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,672.89 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,647.89 |
| 09/29/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 3,647.91 |
| 09/29/11 | | To Account #9200******6666 | | 9999-000 | | 3,647.91 | 0.00 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | -25.00 |
| 10/04/11 | | From Account #9200******6666 | Return funds to MMA for 9/2011 service fee | 9999-000 | 25.00 | | 0.00 |
| | | | ACCOUNT TOTALS | | 3,704.01 | 3,704.01 | $0.00 |
| | | | Less: Bank Transfers | | 638.02 | 3,647.91 | |
| | | | Subtotal | | 3,065.99 | 56.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $3,065.99 | $56.10 | |

{} Asset reference(s)                                                                                                 Printed: 10/06/2011 01:43 PM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 09-02384-3G7 | | **Trustee:** | Gregory K. Crews (290900) |
| --- | --- | --- | --- | --- |
| **Case Name:** | CRENNEL, SANDRA LEE | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******66-66 - Checking Account |
| **Taxpayer ID #:** | **-***5866 | | **Blanket Bond:** | $34,142,000.00  (per case limit) |
| **Period Ending:** | 10/06/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/29/11 | | From Account #9200******6665 | | 9999-000 | 3,647.91 | | 3,647.91 |
| 10/04/11 | | To Account #9200******6665 | Return funds to MMA for 9/2011 service fee | 9999-000 | | 25.00 | 3,622.91 |
| | | | **ACCOUNT TOTALS** | | **3,647.91** | **25.00** | **$3,622.91** |
| | | | Less: Bank Transfers | | 3,647.91 | 25.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts :       3,679.01

Net Estate :       $3,679.01

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # 312-267-90** | 613.02 | 0.00 | 0.00 |
| **MMA # 9200-******66-65** | 3,065.99 | 56.10 | 0.00 |
| **Checking # 9200-******66-66** | 0.00 | 0.00 | 3,622.91 |
| | $3,679.01 | $56.10 | $3,622.91 |

{} Asset reference(s)

# Court Claims Register

**Case: 09-02384-3G7**     **CRENNEL, SANDRA LEE**

Claims Bar Date: 11/05/09

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1U-2 | WELLS FARGO FINANCIAL PENNSYLVANIA, INC. ATTN: MAC F6582-034 PO BOX 500 CHESTER, PA 19013 | Unsecured 04/22/09 | ATTN: MAC F6582-034 PO BOX 500 CHESTER, PA 19013 | $4,272.70 $4,272.70 | $0.00 | $4,272.70 |
|  | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 2 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured 05/05/09 | MS 550 PO Box 91121 Seattle, WA 981119221 | $389.41 $389.41 | $0.00 | $389.41 |
|  | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 3 | Wells Fargo Bank NA 4137 121st Street Urbandale, IA 50323 | Unsecured 05/12/09 | 4137 121st Street Urbandale, IA 50323 | $4,333.43 $4,333.43 | $0.00 | $4,333.43 |
|  | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. POB 41067 NORFOLK, VA 23541 | Unsecured 06/23/09 | As Agent Of Portfolio Recovery Assocs. POB 41067 NORFOLK, VA 23541 | $2,195.86 $2,195.86 | $0.00 | $2,195.86 |
|  | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured 09/02/09 | c/o Becket and Lee LLP POB 3001 Malvern, PA 193550701 | $16,719.04 $16,719.04 | $0.00 | $16,719.04 |
|  | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
|  |  |  | **Case Total:** |  | **$0.00** | **$27,910.44** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-02384-3G7
Case Name: CRENNEL, SANDRA LEE
Trustee Name: Gregory K. Crews

**Balance on hand:** $ 3,622.91

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 3,622.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Gregory K. Crews | 919.75 | 0.00 | 919.75 |
| Trustee, Expenses - Gregory K. Crews | 127.68 | 0.00 | 127.68 |

Total to be paid for chapter 7 administration expenses: $ 1,047.43
Remaining balance: $ 2,575.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,575.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,575.48

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 27,910.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U-2 | WELLS FARGO FINANCIAL PENNSYLVANIA, INC. | 4,272.70 | 0.00 | 394.27 |
| 2 | Roundup Funding, LLC | 389.41 | 0.00 | 35.93 |
| 3 | Wells Fargo Bank NA | 4,333.43 | 0.00 | 399.87 |
| 4 | PRA Receivables Management, LLC | 2,195.86 | 0.00 | 202.63 |
| 7 | American Express Bank FSB | 16,719.04 | 0.00 | 1,542.78 |

Total to be paid for timely general unsecured claims: $ 2,575.48
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**